UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-106-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO UNSEAL |
| | : | |
| SEALED DEFENDANT | : | |
| | : | |

Upon motion of the United States of America, and for good cause shown, is hereby ORDERED that this matter be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 17 day of May, 2016.

JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT JUDGE