# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Louis Townsend**　　　　　　　　　　　　　**Docket No. 7:14-CR-106-1D**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Louis Townsend, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 846 and 841(b)(1)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 17, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

James Louis Townsend was released from custody on December 23, 2020, at which time the term of supervised release commenced.

On April 12, 2021, a Violation Report was submitted because of the defendant testing positive for marijuana. Supervision was continued and he was referred for a substance abuse assessment.

On January 4, 2022, a Violation Report was submitted because of the defendant testing positive for marijuana. Supervision was continued and he was referred to substance abuse treatment.

On March 3, 2022, a Violation Report was submitted because of the defendant testing positive for marijuana. Supervision was continued with increased treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant expressed to this officer that he has had several issues arise in the last few months. He reports he lost his sister to an overdose, his teenage daughter is pregnant, and his son has claimed to be in a gang. He has pressure increasing around him and feels he needs help coping with these issues. The probation office requests that the conditions of supervision be modified to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

James Louis Townsend
Docket No. 7:14-CR-106-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: September 13, 2022

## ORDER OF THE COURT

Considered and ordered this __14__ day of __September__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge